UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
Scan Only ___

CASE NO.: CV 07-06169 SJO (AJWx)     DATE: April 8, 2009

TITLE: U.S. Equal Employment Opportunity Commission v. Landwin Management Inc. d/b/a San Gabriel Hilton

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                              Not Present
Courtroom Clerk                               Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**           **COUNSEL PRESENT FOR DEFENDANT:**

Not Present                                   Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER CONTINUING PRE-TRIAL CONFERENCE AND TRIAL DATES**

   Pursuant to the recommendation of Judge Margaret A. Nagle and on the Court's own motion, the Court continues the pre-trial and trial dates in this case for ninety days.

   Accordingly, the pre-trial conference is continued from April 13, 2009 at 9:00 a.m. to **July 13, 2009 at 9:00 a.m** and the trial date is continued from April 21, 2009 at 9:00 a.m. to **July 21, 2009 at 9:00 a.m.**

   IT IS SO ORDERED.